of Appeal, Third Circuit, Parish of Calcasieu. 229 So.2d 773.

Writ refused. Considering all circumstances of the case, we cannot say that the result reached by the Court of Appeal is incorrect.

232 So.2d 78

**Charles E. METRAILER**

**v.**

**F & G MERCHANDISING, INC.**

**No. 50398.**

March 12, 1970.

In re: F & G Merchandising, Inc. applying for certiorari, or writ of review to the Court of Appeal, First Circuit, Parish of East Baton Rouge.

Writ refused. On the facts found by the Court of Appeal there is no error of law.

232 So.2d 79

**STATE of Louisiana ex rel. William T. WILLINGHAM**

**v.**

**C. Murray HENDERSON, Warden, Louisiana State Penitentiary, et al.**

**No. 50408.**

March 12, 1970.

In re: William T. Willingham applying for writ of habeas corpus.

Writ refused. The showing made does not warrant the exercise of our original or supervisory jurisdiction.